```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 13423
   NICHOLAS J PEHLKE SR
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2862

-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/27/08 .

     2.  The case was dismissed without confirmation, 09/19/2008.

     3.  The Debtor paid a total of $   1425.00 .

-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
AMERICAS SERVICING CO    CURRENT MORTG          .00            .00           .00
AMERICAS SERVICING CO    MORTGAGE ARRE    NOT FILED            .00           .00
BELL WEST COMMUNITY CU   SECURED VEHIC          .00            .00           .00
WILL COUNTY TREASURER    SECURED                .00            .00           .00
AT&T MOBILITY LLC        UNSECURED        NOT FILED            .00           .00
BELL WEST COMMUNITY CU   UNSECURED        NOT FILED            .00           .00
COLLECTION PROFESSIONALS UNSECURED        NOT FILED            .00           .00
COMED                    UNSECURED        NOT FILED            .00           .00
FINANCIAL ASSET MGMT     UNSECURED        NOT FILED            .00           .00
HARRIS & HARRIS LTD      UNSECURED        NOT FILED            .00           .00
PROVENA MERCY CENTER     UNSECURED        NOT FILED            .00           .00
ADVENTISTS               UNSECURED        NOT FILED            .00           .00
MRSI                     UNSECURED        NOT FILED            .00           .00
NCO FINANCIAL SYSTEMS    UNSECURED        NOT FILED            .00           .00
NICOR GAS                UNSECURED        NOT FILED            .00           .00
SBC AMERITECH            UNSECURED        NOT FILED            .00           .00
STATE COLLECTION SRV     UNSECURED        NOT FILED            .00           .00
WELLS FARGO FINANCIAL BA UNSECURED        NOT FILED            .00           .00
WELLS FARGO FINANCIAL BA UNSECURED        NOT FILED            .00           .00
-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
         Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED      .00          .00          .00         .00           .00
PRINCIPAL PAID          .00          .00          .00         .00           .00
INTEREST PAID           .00          .00          .00         .00           .00
TOTAL PAID              .00          .00          .00         .00           .00
The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   3500.00
and was paid $   3500.00   direct and $       .00  through the plan.
```

The Trustee received $          .00 .

Refunds to the Debtor totaled $   1425.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                         /S/
                                    GLENN STEARNS
                                  CHAPTER 13 TRUSTEE